E-FILED 06/27/2012   JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMIRA JAMALYAN, | No. CV 11-cv-10053-GHK-AGR |
| Plaintiff, | |
| v. | STIPULATION TO DISMISS AS MOOT |
| ERIC HOLDER, Attorney General, *et al.*, | [~~PROPOSED~~] ORDER. |
| Defendants. | |

**(~~PROPOSED~~) ORDER**

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE.

June 27, 2012

_____
The Honorable George H. King
United States District Judge